1  WILLIAM M. KUNTZ   # 153052
   Attorney at Law
2  4780 Arlington Avenue
   Riverside, CA 92504
3  (951) 343-3400
   Fax (951) 343-4004
4  E-Mail: KuntzSSlaw @sbcglobal.net
   Attorney for Plaintiff
5

6

7

8                  UNITED STATES DISTRICT COURT
         FOR THE CENTRAL DISTRICT OF CALIFORNIA
9                       EASTERN DIVISION

10

11  CAROLYN LISA RAMOS,              )    CASE NO: **EDCV20-02180-DFM**
                                     )
12             Plaintiff,            )     ORDER AWARDING
                                     )     EAJA FEES
13        v.                         )
                                     )
14  KILOLO KIJAKAZI[1], Acting       )
    Commissioner of Social Security  )
15  Administration,                  )
                                     )
16             Defendant.            )
    _____ )
17

18        Based upon the parties' Stipulation for Award and Payment of Equal Access

19  to Justice Act (EAJA) Fees ("Stipulation"),

20        **IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the

21  Equal Access to Justice Act, ("EAJA") in the amount of FOUR THOUSAND ONE

22  HUNDRED FIVE DOLLARS and 56/cents ($4,105.56), as authorized by  28

23  U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

24  DATED: January 20, 2022

25

26                          HONORABLE DOUGLAS F. McCORMICK
                            UNITED STATES MAGISTRATE JUDGE
27  _____

28        [1] Kilolo Kijakazi is now the Acting Commissioner of the Social Security Administration.
    Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be
    substituted for Commissioner Andrew M. Saul as the defendant in this suit.  No further action
    needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the
    Social Security Act, 42 U.S.C. § 405(g).

                                  1